UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AEROTEL, LTD., et al.,              :

        Plaintiffs.              :

-v.-                                              **ORDER**

                           :           03 Civ. 6496 (RJH)(FM)

IDT CORP., et al.,                 :

        Defendants.             :
------------------------------------------------------------x

AEROTEL, LTD., et al.,              :

        Plaintiffs,              :

-v.-                                              04 Civ. 10292 (LMM)

                           :

PRIMUS TELECOMMUNICATIONS
GROUP, INC., et al.,               :

        Defendants.             :
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to a conference held earlier today, it is hereby ORDERED that:

1. The above-captioned actions shall be consolidated for all purposes through the Court's determination of any issues raised at a <u>Markman</u> hearing.

2. The depositions of Sajid Kapadia and 9278 Communications' Rule 30(b)(6) witness shall take place on July 13-14, 2006.

3. Any documents which are available in both electronic and hard copy form shall be produced in electronic form if requested by the party seeking discovery.

4. Telco is directed to:

    a. produce all sales invoices for sales of prepaid phone cards during the relevant period.

  b. produce either general ledgers or audit worksheets reflecting the allocation of costs to its prepaid calling card business, together with representative specimens of any withheld documents which reflect the allocation of costs to other businesses.

  c. provide a list of individuals who will testify as its Rule 30(b)(6) witnesses by June 30, 2006.

5. Aerotel's request to compel production of documents relating to Samer Tawfik's salary at Telco is denied without prejudice.

6. Primus is directed to produce the records relating to sales of prepaid phone cards by its foreign subsidiaries.

7. Aerotel and IDT are directed to meet and confer regarding Aerotel's outstanding document requests nos. 47-53.

8. IDT is directed to provide, at Aerotel's expense, a mirror image of the laptop computer used during the Rule 30(b)(6) deposition of Michael Iacovelli.

9. Aerotel is directed to submit a red-lined version of its proposed second amended complaint to my Chambers by June 30, 2006. Any papers opposing that amendment shall be submitted on or before July 10, 2006.

10. The parties shall comply with any other discovery rulings the Court may have made during the conference, the transcript of which counsel have ordered.

11. A further conference shall be held on August 9, 2006, at 11 a.m. in Courtroom 20A, 500 Pearl Street, New York, New York.

SO ORDERED.

DATED: New York, New York
    June 21, 2006

                  /s/ Frank Maas
                  FRANK MAAS
               United States Magistrate Judge

Copies to:

Honorable Richard J. Holwell
United States District Judge

Honorable Lawrence M. McKenna
United States District Judge

Glenn F. Ostrager, Esq.
Joshua S. Broitman, Esq.
Ostrager Chong Flaherty & Broitman P.C.
(212) 681-0300 (fax)

Jeanne C. Curtis, Esq.
Matthew A. Traupman, Esq.
Ropes & Gray
(212) 596-9090 (fax)

Brian E. Ferguson, Esq.
Paul Devinsky, Esq.
John R. Fuisz, Esq.
McDermott Will & Emery LLP
(202) 756-8087 (fax)

James K. Stronksi, Esq.
Jennifer Chung, Esq.
Frommer Lawrence & Haug
(212) 588-0500 (fax)

Robert T. Maldonado, Esq.
Cooper & Dunham LLP
(212) 391-0525 (fax)

John Carey, Esq.
Carey, Rodriguez, Greenberg & Paul, LLP
(305) 372-7475 (fax)