UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

AEROTEL, LTD., et al.,                       :

        Plaintiffs,                   :
    -v.-                                         **ORDER**

                                               :
IDT CORP., et al.,                               03 Civ. 6496 (RJH)(FM)

        Defendants.                   :
------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

        Pursuant to a conference held earlier today, it is hereby ORDERED that:

1. Aerotel shall keep the laptop computer containing IDT's source code under lock and key in the office of an attorney at Ropes & Gray authorized to have access to it (or an appropriate "war room") when it is not being utilized.

2. Aerotel shall designate all printouts and copies of documents containing IDT's source code as "highly confidential."

3. Aerotel's motion to file a second amended complaint is granted. Aerotel shall serve its second amended complaint promptly.

4. IDT may submit an order to show cause, on notice to Verizon, why Aerotel should be directed to produce documents relevant to this suit which are the subject of a protective order in Aerotel, Ltd. v. Verizon Communications, Inc., 05 Civ. 120 (TPG).

5. Unless the Court otherwise directs, each side shall be permitted a maximum of fifteen depositions. A party seeking to depose additional parties shall submit a detailed written request justifying its application.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/06

6. A further conference shall be held on August 18, 2006, at 10 a.m. in Courtroom 20A, 500 Pearl Street, New York, New York.

SO ORDERED.

DATED: New York, New York
July 21, 2006

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Richard J. Holwell
United States District Judge

Honorable Lawrence M. McKenna
United States District Judge

Glenn F. Ostrager, Esq.
Joshua S. Broitman, Esq.
Ostrager Chong Flaherty & Broitman P.C.
(212) 681-0300 (fax)

Jeanne C. Curtis, Esq.
Matthew A. Traupman, Esq.
Ropes & Gray
(212) 596-9090 (fax)

Brian E. Ferguson, Esq.
Paul Devinsky, Esq.
John R. Fuisz, Esq.
McDermott Will & Emery LLP
(202) 756-8087 (fax)

James K. Stronksi, Esq.
Jennifer Chung, Esq.
Frommer Lawrence & Haug
(212) 588-0500 (fax)

Robert T. Maldonado, Esq.
Cooper & Dunham LLP
(212) 391-0525 (fax)

John Carey, Esq.
Carey, Rodriguez, Greenberg & Paul, LLP
(305) 372-7475 (fax)